```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JOSEPH GUGLIELMO,                                                      :
                                                                       :
                                Plaintiff,                             :
                                                                       :          20-CV-5187 (JPC)
        -v-                                                            :
                                                                       :              ORDER
A.M. BRASWELL, JR. FOOD COMPANY,                                       :
                                                                       :
                                Defendant.                             :
                                                                       :
-----------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/8/2020

JOHN P. CRONAN, United States District Judge:

Plaintiff filed the Complaint in this action on July 7, 2020. (Dkt. 1). Defendant was served with the Complaint on July 14, 2020. (Dkt. 6). On August 7, 2020, the Honorable Stewart D. Aaron extended the deadline for Defendant to respond to the Complaint to October 5, 2020. (Dkt. 10). On October 3, 2020, the parties requested that the Court stay all deadlines pending an anticipated settlement. (Dkt. 12). The Court granted the request and ordered the parties to file a joint status letter by November 17, 2020. (Dkt. 13). To date, the parties have not filed a status letter. It is hereby ORDERED that the parties file a letter notifying the Court whether a settlement has been reached by December 15, 2020.

SO ORDERED.

Dated: December 8, 2020
       New York, New York                                              _____
                                                                                JOHN P. CRONAN
                                                                            United States District Judge